No. 25-30667

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

W&T OFFSHORE, INC.,
*Plaintiff-Appellee*,

v.

DOUG BURGUM, SECRETARY, U.S.
DEPARTMENT OF THE INTERIOR, et al.,
*Defendants-Appellants*.

Appeal from the United States District Court for the Eastern District
of Louisiana, No. 2:17-cv-7102 (Hon. Wendy B. Vitter)

**UNOPPOSED MOTION TO VOLUNTARILY
DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Federal Appellants Doug Burgum, Secretary, U.S. Department of the Interior, and April Lockler, Acting Director, Office of Natural Resources Revenue, hereby move to voluntarily dismiss the above-captioned appeal. Plaintiff-Appellee W&T Offshore, Inc., through counsel, has stated that it consents to Federal Appellants' motion for voluntary dismissal. The parties have also agreed that each party will bear its own appeal costs.

1

        Respectfully submitted,

        ADAM R.F. GUSTAFSON
        *Principal Deputy Assistant Attorney General*

        /s/ *Kyle Glynn*
        KYLE GLYNN
        *Attorney*
        Environment and Natural Resources Division
        U.S. Department of Justice
        Post Office Box 7415
        Washington, D.C. 20044
        (202) 598-9568
        kyle.glynn@usdoj.gov

        *Counsel for Federal Appellants*

November 20, 2025
DJ 90-1-18-15029

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), this document contains 68 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Kyle Glynn*
KYLE GLYNN

Counsel for Federal Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ <em>Kyle Glynn</em><br>
KYLE GLYNN

Counsel for Federal Appellants